Gideon Kracov (State Bar No. 179815)
LAW OFFICE OF GIDEON KRACOV
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
CENTER FOR COMMUNITY ACTION
AND ENVIRONMENTAL JUSTICE

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRAXAIR, INC., a corporation, DOES 1 through 10,<br><br>Defendants. | Case No. ED CV 14-01509-ODW (SHx)<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

WHEREAS, the Court has reviewed the Notice of Settlement jointly submitted

by the parties;

WHEREAS, the settlement is contingent upon the expiration of the federal regulatory agencies' 45-day review period required by the federal Clean Water Act and 40 C.F.R. § 135.5;

WHEREAS, no order disposing of this action may be entered prior to the expiration of the federal regulatory agencies' 45-day review period; and

WHEREAS, the regulatory agencies' review period will end on or about June 1, 2015.

THEREFORE, GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. An Order to Show Cause re: **Dismissal is due June 8, 2015. No hearing is required.**

2. The Order to Show Cause will be discharged if a Request for Dismissal is filed before the appearance; and

3. All other deadlines and hearing dates, including the April 13, 2015 deadline for Defendant to file its responsive pleading, are vacated.

IT IS SO ORDERED.

Date: April 13, 2015

_____
Hon. Otis D. Wright
United States District Judge