Gideon Kracov (State Bar No. 179815)
LAW OFFICE OF GIDEON KRACOV
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
        doug@lozeaudrury.com

Attorneys for Plaintiff
CENTER FOR COMMUNITY ACTION
AND ENVIRONMENTAL JUSTICE

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRAXAIR, INC., a corporation, DOES 1 through 10,<br><br>Defendants. | Case No. ED CV 14-01509-ODW (SHx)<br><br>**ORDER GRANTING DISMISSAL**<br><br>**[FRCP 41(a)(2)]**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)** |

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Center for Community Action and Environmental Justice's claims against Defendant Praxair, Inc. set forth in the Complaint filed in *Center for Community Action and Enviro. Justice v. Praxair, Inc. – Case No. CV 14-01509-ODW (SHx)* are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 31, 2017, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of enforcing compliance by the parties with the terms of the Settlement Agreement attached to the parties' Stipulation to Dismiss as Exhibit 1.

The Order to Show Cause Re: Dismissal set for hearing on June 8, 2015 is vacated.

IT IS SO ORDERED.

Date: June 1, 2015

_____
Hon. Otis D. Wright
United States District Judge